**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00183-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRELL LAYNE SMITH,
a/k/a "Swiss,"

    Defendant.

---

## PROTECTIVE ORDER

---

THIS MATTER is before the Court on the Government's Motion for a Protective Order (Doc. # 26). The Court, having reviewed the motion and the case, finds and ORDERS as follows:

1. Due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(d), are extended to Minor #1 and Minor #2 in this case.

2. The Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents that disclose the name or any other information concerning a child, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings,

and file under seal without the necessity of a Court order any filings that disclose the identity or other personal information of the minor victim.

3. A policy rationale similar to that of the Act applies in favor of allowing Minor #1 and Minor #2, now both adults, to have the details of their victimization restricted from public access due to the nature of the case. The Court finds that there is a significant possibility that disclosure to the public of the names or other information identifying Minor #1 and Minor #2 in public filings or court proceedings could result in emotional harm and be detrimental to them, even though they are now adults.

4. Government counsel has spoken with counsel for the Defendant concerning this Motion. The Defendant does not object to the restriction that the discovery materials be maintained with the defense team (defense counsel, investigators, and staff), as long as the Defendant remains incarcerated. The Defendant does object to the use of pseudonyms with regard to Minor #1 and Minor #2.

Good cause appearing, the Court hereby ORDERS that:

(a) All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall, at trial and during any courtroom proceedings in this case, refer to Minor #1 and Minor #2 using pseudonyms;

(b) All materials that disclose the name or any other information concerning Minor #1 and Minor #2 shall be kept in a secure place to which no person who does not have reason to know their contents has access, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(i); and

(c)  All materials that disclose the name or any other information concerning Minor #1 or Minor #2 or the information in them that concerns Minor #1 or Minor #2 shall be disclosed only to persons who, by reason of their participation in the proceeding, have reason to know such information, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(ii);

   (1)  The Government will provide defense counsel with a copy of discovery in this case.  The discovery materials may be viewed only by defense counsel, the Defendant, and members of the defense team, including any defense investigators and staff, as necessary for the purposes of preparing a defense in this particular case.

   (2)  No discovery materials shall be provided to the Defendant.  The Defendant may be allowed to view the documents referenced in this paragraph, but only while in the direct presence of defense counsel.

(d)  All papers to be filed in Court that disclose the name or other information concerning Minor #1 and Minor #2 shall be filed under restriction without necessity of obtaining a Court order; and

(e)  Counsel for the Government and counsel for Defendant shall provide one another with an unredacted copy of any redacted pleading filed in this case, provided that such pleading is not filed *in camera*.

(f)  Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard the above-referenced information.

(g)  A copy of this Order shall be kept with the discovery materials at all times.

DATED:  May   20  , 2014

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge