**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00183-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TERRELL LAYNE SMITH,
    aka "Swiss,"

    Defendant.

**ORDER**

Upon consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure (Doc. 61), it is,

ORDERED that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorney for the Defendant for preparation for trial and that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney and can be reviewed by the Defendant only while in the direct presence of defense counsel consistent with the Protective Order issued on May 20, 2014 (Doc. # 27).

DATED June 17, 2015.            BY THE COURT:

                                                 *[signature]*
                                                 CHRISTINE M. ARGUELLO
                                                 United States District Judge