IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00183-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    TERRELL LAYNE SMITH,
      aka "Swiss,"

       Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. #111) pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On September 10, 2015, the United States and defendant Terrell Layne Smith, aka "Swiss," entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 2428 and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 85).

THAT the requisite nexus exists between the one Samsung Galaxy SIII cellular telephone and the crime of Transportation with Intent to Engage in Criminal Sexual Activity to which defendant Terrell Layne Smith, aka "Swiss," pleaded guilty.

THAT prior to the disposition of the assets, the United States, or its designated

sub-custodian, is required to seize the forfeited property and provide notice to any third parties.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in one Samsung Galaxy SIII cellular telephone is forfeited to the United States in accordance with 18 U.S.C. § 2428.  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2428 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED  January 5, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge