IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00183-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    TERRELL LAYNE SMITH,
       aka "Swiss,"

       Defendant.

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture (Doc. #126). The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 2428, as set forth in the Indictment returned on May 7, 2014;

THAT a Preliminary Order of Forfeiture was entered on January 5, 2016;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition has expired;

THAT, as of April 11, 2016, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2428. It is therefore

ORDERED that judgment of forfeiture of one Samsung Galaxy SIII cellular phone shall enter in favor of the United States pursuant to 18 U.S.C. § 2428, free from the claims of any other party. It is

FURTHER ORDERED that the United States shall have full and legal title to the forfeited one Samsung Galaxy SIII cellular phone and may dispose of it in accordance with law.

DATED: April 13, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge